JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DOLORES VARGAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PATWIN HORN,<br><br>　　　　　Respondent. | Case No. 2:23-cv-00201-MCS-PD<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: January 31, 2024

　　　　　　　　　　　　　　　　　　　MARK C. SCARSI
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE